**Fill in this information to identify the case and this filing:**

Debtor Name  **Sysorex Government Services, Inc.**

United States Bankruptcy Court for the:   **Southern**   District of   **New York**
(State)

Case number (*If known*):   _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☑ *Schedule H: Codebtors* (Official Form 206H)
- ☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☑ Other document that requires a declaration  **Schedule 207** _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **04/21/2025**
MM / DD / YYYY

✖ _____
Signature of individual signing on behalf of debtor

**A. Zaman Khan**
Printed name

**President, SGS**
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name  Sysorex Government Services, Inc.

United States Bankruptcy Court for the: Southern                     District of  New York
                                                                                (State)

Case number (If known):

☐ Check if this is an
   amended filing

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals                    **12/15**

---

| **Part 1:** | **Summary of Assets** |
| --- | --- |

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.......................................................... | $ _____ 0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*........................................................ | $ 1,960,319.87

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.......................................................... | $ 1,960,319.87

---

| **Part 2:** | **Summary of Liabilities** |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*............................ | $ 26,797,021.70

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................... | $ _____ 0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*....................... | + $ 3,649,458.91

4. **Total liabilities**.............................................................................................................
   Lines 2 + 3a + 3b | $ 30,446,480.61

**Fill in this information to identify the case:**

Debtor name    SYSOREX GOVERNMENT SERVICES, INC.

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| **2.    Cash on hand** | 0 |
| N/A | |

**3.    Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Burke and Herbert Bank | Checking | 4553 | $18,053.25 - as of 4/7/2025 |

**4.    Other cash equivalents** *(Identify all)*

| | | | |
|---|---|---|---|
| 4.1. | PNC Bank | Payroll Account | $3,561.62 - as of 4/7/2025 |

**5.    Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $21,614.87 |
|---|

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes Fill in the information below.

**7.    Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit
7.1.

Debtor   **Sysorex Government Services, Inc.**
_____
Name

Case number *(If known)* _____

Description, including name of holder of deposit

---

8.   **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of prepayment

8.1.   Cost that are annual fees and Amortized over the year for TidalWave.          134,362.33

---

9.   **Total of Part 2.**
Add lines 7 through 8. Copy the total to line 81.                    $134,362.33

| Part 3: | Accounts receivable |
|---------|---------------------|

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☑ Yes Fill in the information below.

11.   **Accounts receivable**

11a. 90 days old or less:   $502,555         -   _____   = ....   $502,555
                           face amount          doubtful or uncollectible accounts

11b. Over 90 days old:   $611,657         -   _____   =....   $611,657
                         face amount          doubtful or uncollectible accounts

12.   **Total of Part 3.**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.          $1,114,212.00

| Part 4: | Investments |
|---------|-------------|

13. **Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|--|--|--|
| 14.   **Mutual funds or publicly traded stocks not included in Part 1** | | |
| Name of fund or stock: | | |
| 14.1. | | |

15.   **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:          % of ownership

15.1. _____   _____ %   _____   _____

16.   **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Debtor    Sysorex Government Services, Inc.                    Case number *(If known)* _____
          Name

Describe:

16.1. _____     _____     _____

17. **Total of Part 4.**
    Add lines 14 through 16. Copy the total to line 83.

| | |
|---|---|
| | _____ |

**Part 5:**    **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.
☐ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| _____ | _____ | _____ | _____ | _____ |
| **20. Work in progress** | | | | |
| _____ | _____ | _____ | _____ | _____ |
| **21. Finished goods, including goods held for resale** | | | | |
| _____ | _____ | _____ | _____ | _____ |
| **22. Other inventory or supplies** | | | | |
| _____ | _____ | _____ | _____ | _____ |

23. **Total of Part 5.**
    Add lines 19 through 22. Copy the total to line 84.

| | |
|---|---|
| | _____ |

24. **Is any of the property listed in Part 5 perishable?**
    ☐ No
    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    ☐ No
    ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    ☐ No
    ☐ Yes

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.
☐ Yes Fill in the information below.

Debtor    Sysorex Government Services, Inc.
_____    Case number *(If known)* _____
          Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops-either planted or harvested** | | | |
| 29. **Farm animals** *Examples: Livestock, poultry, farm-raised fish* | | | |
| 30. **Farm machinery and equipment** *(Other than titled motor vehicles)* | | | |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |

33. **Total of Part 6.**
Add lines 28 through 32.  Copy the total to line 85.                               _____

34. **Is the debtor a member of an agricultural cooperative?**
☐ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
     ☐ No
     ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
☐ No
☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☐ No
☐ Yes

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

Debtor    **Sysorex Government Services, Inc.**                    Case number *(If known)* _____
          Name

| 39. | **Office furniture** | | | |
| | Desks, Chairs | $4,500.00 | Cost Basis | $0.00 - Fully Depreciated |

| 40. | **Office fixtures** | | | |

| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| | Computers | $6,129.88 | Cost Basis | $0.00 - Fully Depreciated |

42.  **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

42.1. _____

43.  **Total of Part 7.**
     Add lines 39 through 42.  Copy the total to line 86.

     $0.00

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
     ☐ No
     ☑ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
     ☑ No
     ☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No.  Go to Part 9.
☐ Yes Fill in the information below.

| **General description** Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|

47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

47.1. _____

48.  **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

48.1. _____

49.  **Aircraft and accessories**

49.1.. _____

Debtor   Sysorex Government Services, Inc.                    Case number *(If known)* _____
           Name

50.    **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

_____  _____  _____  _____

51.    **Total of Part 8.**

       Add lines 47 through 50. Copy the total to line 87.

       _____

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
       ☐ No
       ☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
       ☐ No
       ☐ Yes

**Part 9:   Real property**

54. **Does the debtor own or lease any real property?**

   ☑ No. Go to Part 10.
   ☐ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. | | | | |
| _____ | _____ | _____ | _____ | _____ |

56.    **Total of Part 9.**

       Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
       Copy the total to line 88.

       _____

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
       ☐ No
       ☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
       ☐ No
       ☐ Yes

**Part 10:   Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ☐ No. Go to Part 11.
   ☑ Yes Fill in the information below.

Official Form 206A/B              Schedule A/B Assets - Real and Personal Property              page 6

Debtor   **Sysorex Government Services, Inc.**                    Case number *(If known)* _____
         <sub>Name</sub>

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, and trade secrets** | | | Net of accumulated amortization. |
| Trade Name | $1,060,000 | 10-Yr Amortization | $645,873.97 |
| 61.  **Internet domain names and websites** | | | |
| 62.  **Licenses, franchises, and royalties** | | | |
| 63.  **Customer lists, mailing lists, or other compilations** | | | |
| Customer Relations | $1,900,000 | 4-Yr Amortization | $44,246.58 |
| 64.  **Other intangibles, or intellectual property** | | | |
| 65.  **Goodwill** | | | Unliquidated |

66.  **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| $690,130.55 |
|---|

67.  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
☑ No
☐ Yes

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☐ No
☑ Yes

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No.  Go to Part 12.
☐ Yes Fill in the information below.

**Current value of debtor's interest**

Debtor    Sysorex Government Services, Inc.                                    Case number *(If known)* _____
        Name

**71.**   **Notes receivable**
     Description (include name of obligor)

             _____  -  _____  =  _____
                Total face amount      doubtful or uncollectible amount

**72.**   **Tax refunds and unused net operating losses (NOLs)**
     Description (for example, federal, state, local)

             _____        Tax year  _____  _____

**73.**   **Interests in insurance policies or annuities**

             _____                     _____

**74.**   **Causes of action against third parties (whether or not a lawsuit has been filed)**

     **Nature of claim**    _____
     **Amount requested**  _____

**75.**   **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

     **Nature of claim**    _____
     **Amount requested**  _____

**76.**   **Trusts, equitable or future interests in property**

             _____                     _____

**77.**   **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

             _____                     _____

**78.**   **Total of Part 11.**

     Add lines 71 through 77. Copy the total to line 90.            | _____ |

**79.**   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
     ☐ No
     ☐ Yes

Debtor    Sysorex Government Services, Inc.                          Case number *(If known)* _____
          Name

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $21,614.87 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $134,362.33 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $1,114,212.12 | |
| 83. **Investments.** *Copy line 17, Part 4.* | -0- | |
| 84. **Inventory.** *Copy line 23, Part 5.* | -0- | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | -0- | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | -0- | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | -0- | |
| 88. **Real property.** *Copy line 56, Part 9*..............................> | | -0- |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $690,130.55 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + -0- | |
| 91. **Total.** Add lines 80 through 90 for each column | 1,960,319.87 | + 91b. -0- |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,960,319.87 |

**Fill in this information to identify the case:**

Debtor name __SYSOREX GOVERNMENT SERVICES, INC.

United States Bankruptcy Court for the: __Southern__ District of __New York
(State)

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim |
|---|---|---|---|

**2.1**

**Creditor's name**
Cavalry Partners (Collateral Agent)**

**Creditor's mailing address**
61 Kinderkamack Road
Woodcliff Lake, NJ 07677

**Creditor's email address, if known**

**Date debt was incurred** 7/7/2021
**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.
_____
_____

**Describe debtor's property that is subject to a lien**
All assets of the Company                    $ 25,145,107        $ 2,500,000.00*

* Column B is based on a previously offered $2.5M
letter of intent for a potential buyer.

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

** a List of the Debentures Holders is attached.

**2.2**

**Creditor's name**
SouthStar Capital

**Creditor's mailing address**
P.O. Box 2323
Mount Pleasant, SC 29465

**Creditor's email address, if known**

**Date debt was incurred** 4/2/2025
**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   _____
   _____
   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
Two government deliver orders that are    $ 1,651,914.70      $ 2,330,819.30
financed by creditor.

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**                    $ 26,797,021.70

Debtor    Sysorex Government Services, Inc.
          _____
          Name

Case number (if known)_____

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |

---

**Fill in this information to identify the case:**

Debtor          _SYSOREX GOVERNMENT SERVICES, INC.

United States Bankruptcy Court for the:  __Southern__ District of _New York

(State)

Case number
(If known)          _____

☐ Check if this is an
amended filing

Official Form 206E/F
_____

# Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| **Part 1:** | **List All Creditors with PRIORITY Unsecured Claims** |
| --- | --- |

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   - ☑ No. Go to Part 2.
   - ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.1**   **Priority creditor's name and mailing address**
_____
_____
_____

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Total claim $_____    Priority amount $_____

**2.2**   **Priority creditor's name and mailing address**
_____
_____
_____

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Total claim $_____    Priority amount $_____

**2.3**   **Priority creditor's name and mailing address**
_____
_____
_____

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Total claim $_____    Priority amount $_____

---

Debtor    Sysorex Government Services, Inc.    Case number *(if known)*_____
                     Name

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

**3.1**  Nonpriority creditor's name and mailing address

Tek 84
13495 Gregg Street
Poway, CA 90264k 84
13495 Gregg Street
Po  ay, CA 90264

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Date or dates debt was incurred    _____

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number    __ __ __ __

**$1,725,206.50**

---

**3.2**  Nonpriority creditor's name and mailing address

TidalWave Telecom, Inc.
4215 Tierra Rejada Rd.
Suite 172
Moonpark, CA. 93021idalWave Telecom, Inc.
4215 Tierra Re ada Rd.
Suite 172
Moonpark, CA. 93021

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Date or dates debt was incurred    _____

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number    __ __ __ __

**$484,000.00**

---

**3.3**  Nonpriority creditor's name and mailing address

Canon   .S.A., Inc.
Canon U.S.A., Inc.
One Canon Park
Melville, NY, 11747ne Canon Park
Melville, N  , 11747

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Date or dates debt was incurred    _____

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number    __ __ __ __

**$642,700.04**

---

**3.4**  Nonpriority creditor's name and mailing address

Asaduz Zaman Khan
9024 Haywood Ave.
Lorton, VA 22079adu
Zaman   han 9024
Hay   ood Ave. Lorton,
VA 22079

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Date or dates debt was incurred    _____

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number    __ __ __ __

**$582,500.00**

---

**3.5**  Nonpriority creditor's name and mailing address

Vincent Loiacono
2603 Spartan Road
Olney, MD 20832

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Date or dates debt was incurred    _____

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number    __ __ __ __

**$205,834.00**

---

**3.6**  Nonpriority creditor's name and mailing address

Ring Central
20 Davis Drive,
Belmont, CA 94002

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Date or dates debt was incurred    _____

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number    __ __ __ __

**$0.00**

---

Debtor _____Sysorex Government Services, Inc._____
　　　Name

Case number (if known) _____

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Microsoft Subscriptions**
**One Microsoft Way**
**Redmond, WA 98052**
Microsoft Subscriptions
One Microsoft Way
Redmond, WA 98052

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** Trade Debt

Date or dates debt was incurred    _____

**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.8 | Nonpriority creditor's name and mailing address | | $0.00 |
|---|---|---|---|

**Expensify**
**401 SW 5th Ave,**
**Portland, Oregon 97204**
E  pensify
401 SW 5th Ave,
Portland, Oregon 97204

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Date or dates debt was incurred    _____

**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.9 | Nonpriority creditor's name and mailing address | | $0.00 |
|---|---|---|---|

**CNA Insurance**
**151 N. Franklin street**
**Floor 9**
**Chicago, Il 60606**
CNA Insurance
151 N. Franklin Street, Floor 9
Chicago, Il 60606

As of the petition filing date, the claim is:
*Check all that apply.*
___ Contingent
_X_ Unliquidated
___ Disputed

**Basis for the claim:** Trade Debt

Date or dates debt was incurred    _____

**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.10 | Nonpriority creditor's name and mailing address | | $0.00 |
|---|---|---|---|

Paychex
911 Panorama Trail South
Rochester, NY 14625, NY 14625

As of the petition filing date, the claim is:
*Check all that apply.*
___ Contingent
_X_ Unliquidated
___ Disputed

**Basis for the claim:** Trade Debt

Date or dates debt was incurred    _____

**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.11 | Nonpriority creditor's name and mailing address | | $0.00 |
|---|---|---|---|

Anthem BCBS
2015 Staples Mill Rd
Richmond VA 23230VA 23230

As of the petition filing date, the claim is:
*Check all that apply.*
___ Contingent
_X_ Unliquidated
___ Disputed

**Basis for the claim:** Trade Debt

Date or dates debt was incurred    _____

**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

Debtor  Sysorex Government Services, Inc.
_____
Name

Case number _(if known)_____

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.12** Nonpriority creditor's name and mailing address

Delta Dental of Virginia
4818 Starkey Road
Roanoke, VA 24018

As of the petition filing date, the claim is:
_Check all that apply._

____X____  Contingent
_____  Unliquidated
_____  Disputed
_____  Liquidated and neither contingent nor disputed

**Basis for the claim:** TrTrade Debt

$0.00.000

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.13** Nonpriority creditor's name and mailing address

VSP
3333 Quality Drive
Rancho Cordova, CA 95670

As of the petition filing date, the claim is:
_Check all that apply._

____X____  Contingent
_____  Unliquidated
_____  Disputed

**Basis for the claim:** TrTrade Debt

$0.00.000

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.14** Nonpriority creditor's name and mailing address

Lincoln Financial
150 North Radnor-Chester Road
Radnor, PA 19087

As of the petition filing date, the claim is:
_Check all that apply._

____X____  Contingent
_____  Unliquidated
_____  Disputed

**Basis for the claim:** TrTrade Debt

$0.0.0000

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.15** Nonpriority creditor's name and mailing address

Cox
PO Box 1259
Oaks, PA 19456

As of the petition filing date, the claim is:
_Check all that apply._

_____  Contingent
____X____  Unliquidated
_____  Disputed

**Basis for the claim:** TrTrade Debt

$0324.5900

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.16** Nonpriority creditor's name and mailing address

DataWatch Systems, Inc.
4520 East west Highway
STE 200
Bethseda, MD 20814

As of the petition filing date, the claim is:
_Check all that apply._

____X____  Contingent
_____  Unliquidated
_____  Disputed

**Basis for the claim:** TrTrade Debt

$093.94.00

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor _____
Name

Case number (if known)_____

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.17**  Nonpriority creditor's name and mailing address

FedEx
PO Box 371461
Pittsburgh, PA 15250-7461

**As of the petition filing date, the claim is:**
Check all that apply.

_____    Contingent
__X__    Unliquidated
_____    Disputed
_____    Liquidated and neither contingent nor disputed

**Basis for the claim:** Trade Debt

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

$1,201.71

---

**3.18**  Nonpriority creditor's name and mailing address

QuoteWerks Aspire Technologies, Inc.
4901 Vineland Road
Suite 250
Orlando, FL 32811

**As of the petition filing date, the claim is:**
Check all that apply.

_____    Contingent
__X__    Unliquidated
_____    Disputed

**Basis for the claim:** Trade Debt

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

$0.00

---

**3.19**  Nonpriority creditor's name and mailing address

Cielo Networks Inc
3432 Wintergreen Ter
Grapevine, TX 76051-4293

**As of the petition filing date, the claim is:**
Check all that apply.

_____    Contingent
__X__    Unliquidated
_____    Disputed

**Basis for the claim:** Trade Debt

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

$1,038.75

---

**3.20**  Nonpriority creditor's name and mailing address

ISOLVED, INC.
11215 N Community House Rd.
STE 800
Charlotte, NC 28277-4961

**As of the petition filing date, the claim is:**
Check all that apply.

_____    Contingent
__X__    Unliquidated
_____    Disputed

**Basis for the claim:** Trade Debt

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

$756.51

---

**3.21**  Nonpriority creditor's name and mailing address

Linked Systems, Inc,
1000 W Maude Avenue
Sunnyvale, Ca 94043

**As of the petition filing date, the claim is:**
Check all that apply.

_____    Contingent
__X__    Unliquidated
_____    Disputed

**Basis for the claim:** Trade Debt

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

$0.00

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>_Check all that apply._ | $2,787.87 |
|---|---|---|---|

**ScanSource**
**24263 Network Place**
**Chicago, Il 60673-1242**

_____ Contingent
__X__ Unliquidated
_____ Disputed
_____ Liquidated and neither contingent nor disputed

**Basis for the claim:** Trade Debt

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>_Check all that apply._ | $0.00 |
|---|---|---|---|

**Texas Comptroller of Public Accts**
**Franchise Tax Section**
**P.O. Box 149348**
**Austin, TX 78714-9348**

_____ Contingent
__X__ Unliquidated
_____ Disputed

**Basis for the claim:** Corporate Tax

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>_Check all that apply._ | $3,000.00 |
|---|---|---|---|

**Dept. of Tax Admin**
**Personal Prop Tax & Business**
**License Division**
**12000 Government Center Pkwy**
**Suite 261, Fairfax, VA 22035**

__X__ Contingent
_____ Unliquidated
_____ Disputed

**Basis for the claim:** Corporate Tax

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>_Check all that apply._ | $0.00 |
|---|---|---|---|

Florida Dept. of Revenue
Out of State Collections Unit
1415 W US Hwy 90
Ste 115, Lake City, FL 32055-6156

_____ Contingent
__X__ Unliquidated
_____ Disputed

**Basis for the claim:** Corporate Tax

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>_Check all that apply._ | $15.00 |
|---|---|---|---|

Taxpayer Services Divsion
500 Deaderick St.
Nashville, TN 37242

_____ Contingent
__X__ Unliquidated
_____ Disputed

**Basis for the claim:** Corporate Tax

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor _____Sysorex Government Services, Inc._____     Case number *(if known)*_____
　　　　　Name

| Part 3: | List Others to Be Notified About Unsecured Claims |

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1. | Line _____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.2. | Line _____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.3. | Line _____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.4. | Line _____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 41. | Line _____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.5. | Line _____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.6. | Line _____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.7. | Line _____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.8. | Line _____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.9. | Line _____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.10. | Line _____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.11. | Line _____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |

Debtor _____Sysorex Government Services, Inc_____        Case number *(if known)*_____
        Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $_____$0_____ |
| 5b. **Total claims from Part 2** | 5b. **+** | $_____3,649,458.91_____ ____ |
| 5c. **Total of Parts 1 and 2**<br>    Lines 5a + 5b = 5c. | 5c. | $_____3,649,458.91_____ |

**Fill in this information to identify the case:**

Debtor name _SYSOREX GOVERNMENT SERVICES, INC.

United States Bankruptcy Court for the:_Southern _____ District of ___New York___
(State)

Case number (If known): _____    Chapter ___11__

❑ Check if this is an
amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

❑ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | **IDIQ** | NASA <br> Solutions for Enterprise-Wide Procurement (SEWP) V |
| | State the term remaining | 10/31/25 | SEWP Program Management Office (PMO) |
| | List the contract number of any government contract | **NNG15SC88B** | 7601 Ora Glen Dr. <br> Greenbelt, MD 20770 |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | **IDIQ** | National Institutes of Health (NIH) NIH Information Technology Acquisition and Assessment Center (NITAAC) <br> Chief Information Officer –Commodities and Solutions (CIO-CS) |
| | State the term remaining | 10/30/25 | National Institutes of Health <br> NIH Info Tech Acquisition and Assessment Center <br> Bethesda, MD 20892-7511 |
| | List the contract number of any government contract | **HHSN316201500066W** | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | **IDIQ** | General Services Administration <br> GSA MAS Schedule |
| | State the term remaining | 3/2/26 | Govt. POC: <br> Kimberly Sanders <br> 703-605-9162 <br> kimberly.sanders@gsa.gov |
| | List the contract number of any government contract | **GS-35F-210DA** | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | **IDIQ** | State of Ohio |
| | State the term remaining | 3/2/26 | Office of Information Technology <br> Business Office <br> 30 East Broad Street, 39th Floor <br> Columbus, OH 43215-3414 |
| | List the contract number of any government contract | **534015** | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | **BPA** | USDA Tablet BPA |
| | State the term remaining | 3/31/25 | Govt. POC: <br> Kimberly Sanders <br> 703-605-9162 <br> kimberly.sanders@gsa.gov |
| | List the contract number of any government contract | **GS-35F-210DA/12314419A0036** | |

Debtor  **Sysorex Government Services, Inc.**
Name

Case number *(if known)*_____

  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.6 | State what the contract or lease is for and the nature of the debtor's interest | FFP | Bureau of Prisons<br>Secure VRS Continuation<br><br>SEWP Program Management Office (PMO)<br>7601 Ora Glen Dr.<br>Greenbelt, MD 20770 |
| | State the term remaining | 6/30/26 | |
| | List the contract number of any government contract | NNG15SC88B/15BNAS21FWFM10016 | |
| 2.7 | State what the contract or lease is for and the nature of the debtor's interest | FFP | Bureau of Prisons<br>BOP Secure VRS Enhancements<br><br>SEWP Program Management Office (PMO)<br>7601 Ora Glen Dr.<br>Greenbelt, MD 20770 |
| | State the term remaining | TBD | |
| | List the contract number of any government contract | NNG15SC88B/15BNAS21FWFM10020 | |
| 2.8 | State what the contract or lease is for and the nature of the debtor's interest | FFP | Bureau of Prisons<br>BOP Intercept Security Scanning System<br><br>SEWP Program Management Office (PMO)<br>7601 Ora Glen Dr.<br>Greenbelt, MD 20770 |
| | State the term remaining | TBD | |
| | List the contract number of any government contract | NNG15SC88B/15BNAS22F00000393 | |
| 2.9 | State what the contract or lease is for and the nature of the debtor's interest | FFP | Bureau of Prisons<br>BOP Decommission of SecurPASS Whole Body Scanner<br><br>SEWP Program Management Office (PMO)<br>7601 Ora Glen Dr.<br>Greenbelt, MD 20770 |
| | State the term remaining | TBD | |
| | List the contract number of any government contract | NNG15SC88B/15BNAS22F00000345 | |
| 2.10 | State what the contract or lease is for and the nature of the debtor's interest | FFP | Bureau of Prisons<br>BOP Mobile MAS Cellular Assessments<br><br>SEWP Program Management Office (PMO)<br>7601 Ora Glen Dr.<br>Greenbelt, MD 20770 |
| | State the term remaining | TBD | |
| | List the contract number of any government contract | NNG15SC88B/15BNAS23F00000294 | |
| 2.11 | State what the contract or lease is for and the nature of the debtor's interest | FFP | Bureau of Prisons<br>BOP Brooklyn VRS Site Survey<br><br>SEWP Program Management Office (PMO)<br>7601 Ora Glen Dr.<br>Greenbelt, MD 20770 |
| | State the term remaining | TBD | |
| | List the contract number of any government contract | NNG15SC88B/15BBRO18FTP130281 | |
| 2.12 | State what the contract or lease is for and the nature of the debtor's interest | FFP | Bureau of Prisons<br>BOP Intercept Body scanner, installation/decomission<br><br>SEWP Program Management Office (PMO)<br>7601 Ora Glen Dr.<br>Greenbelt, MD 20770 |
| | State the term remaining | TBD | |
| | List the contract number of any government contract | NNG15SC88B/15BNAS23F00000256 | |

| Debtor | Sysorex Government Services, Inc. | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.13** State what the contract or lease is for and the nature of the debtor's interest | **FFP** | **Bureau of Prisons**<br>**BOP Intercept Body scanner, installation/decomission**<br><br>**SEWP Program Management Office (PMO)**<br>**7601 Ora Glen Dr.**<br>**Greenbelt, MD 20770** |
| State the term remaining | **TBD** | |
| List the contract number of any government contract | **NNG15SC88B/15BPCC23F00000155** | |
| **2.14** State what the contract or lease is for and the nature of the debtor's interest | **FFP** | Bureau of Prisons<br>FY25-OST-Tek84<br><br>SEWP Program Management Office (PMO)<br>7601 Ora Glen Dr.<br>Greenbelt, MD 20770 |
| State the term remaining | **3/31/25** | |
| List the contract number of any government contract | **NNG15SC88B/15BPCC24F00000089** | |
| **2.15** State what the contract or lease is for and the nature of the debtor's interest | **FFP** | Bureau of Prisons<br>Tek84 Scanners<br><br>SEWP Program Management Office (PMO)<br>7601 Ora Glen Dr.<br>Greenbelt, MD 20770 |
| State the term remaining | **3/31/25** | |
| List the contract number of any government contract | **NNG15SC88B/15BPCC25F00000024** | |
| **2.16** State what the contract or lease is for and the nature of the debtor's interest | | GDIT<br>TEIS IV<br><br>General Dynamics Information Technology Inc<br>With offices at<br>3150 Fairview Park Drive<br>Falls Church, VA 22042 |
| State the term remaining | | |
| List the contract number of any government contract | **W9128Z-21-D-0002** | |
| **2.17** State what the contract or lease is for and the nature of the debtor's interest | **Cisco Indirect Channel Partner Agreement** | Cisco |
| State the term remaining | **October 24, 2023 (until cancelled)** | |
| List the contract number of any government contract | | 170 West Tasman Drive, San Jose, California 95134<br>contract-notice@cisco.com |
| **2.18** State what the contract or lease is for and the nature of the debtor's interest | **Authorized Reseller Letter** | Getac |
| State the term remaining | **11/17/2024 (until cancelled)** | |
| List the contract number of any government contract | | 43 Tesla, Irvine, CA 92618 |
| **2.19** State what the contract or lease is for and the nature of the debtor's interest | **Reseller Agreement** | Inpixon |
| State the term remaining | **9/1/2018 (until cancelled)** | |
| List the contract number of any government contract | | 700 Larkspur Landing Circle, Suite 199, Larkspur, CA 94939 |

| Debtor | Sysorex Government Services, Inc. | Case number *(if known)*_____ |
|---|---|---|
| | Name | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.20 | State what the contract or lease is for and the nature of the debtor's interest | Authorized Government Reseller Agreement | **Lexmark** |
|---|---|---|---|
| | State the term remaining | March 19, 2014 (until cancelled) | |
| | List the contract number of any government contract | MA14C040 | **bgriffin@lexmark.com.** |

| 2.21 | State what the contract or lease is for and the nature of the debtor's interest | Reseller Agreement | **Red Hat** |
|---|---|---|---|
| | State the term remaining | March 2021 (until canceled) | **100 East Davie Street** |
| | List the contract number of any government contract | | **Raleigh, North Carolina 27601** |

| 2.22 | State what the contract or lease is for and the nature of the debtor's interest | Letter of Supply | Samsung Electronics America, Inc. |
|---|---|---|---|
| | State the term remaining | 3/1/2019 (until canceled) | 85 Challenger Road |
| | List the contract number of any government contract | | Ridgefield Park, NJ 07660 |

| 2.23 | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement | Staffing Pros |
|---|---|---|---|
| | State the term remaining | July 2021 (until canceled) | |
| | List the contract number of any government contract | | 134 Commerce Drive, Clarksville, VA 23927 |

| 2._ | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2._ | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2._ | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name  SYSOREX GOVERNMENT SERVICES, INC.

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** / **Mailing Address** | | **Name** | Check all schedules that apply: |
| 2.1 Sysorex, Inc. | 13880 Dulles Corner Lane / Street / Suite 120 / Herndon, VA 20171 / City  State  Zip Code | | ☑ D ☐ E/F ☐ G |
| 2.2 TTM Digital Assets & Technology | 13880 Dulles Corner Lane / Street / Suite 120 / Herndon, VA 20171 / City  State  Zip Code | | ☑ D ☐ E/F ☐ G |
| 2.3 | Street / City  State  Zip Code | | ☐ D ☐ E/F ☐ G |
| 2.4 | Street / City  State  Zip Code | | ☐ D ☐ E/F ☐ G |

# United States Bankruptcy Court
## Southern District of New York

In re  <u>Sysorex Government Services, Inc.</u>                Case No.
                                        Debtor(s)        Chapter  <u>11</u>

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Sysorex, Inc.<br>13880 Dulles Corner Lane<br>Suite 120<br>Herndon, VA 20171 | | | 100% Ownership |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

A. Zaman Khan, the president of Sysorex Government Services, Inc.,

I, the  ^ of the  ^ named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.


Date  <u>05/05/2025</u>                Signature  _____

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

Sysorex Government Services, Inc. ("SGS")
Form 207
#30 Payments, distributions, or withdrawals credited or given to insiders

| Name and address of recipient | Period | Amount | | Description/value of property | Reason for providing the value |
|---|---|---|---|---|---|
| Wayne wasserberg (CEO of Sysorex, Inc) Paid by SGS | 1/28/2025 | | 33,333.33 | Payroll | Compensation |
| Zaman Khan (President) | 4/1/2024-6/30/2024 | 75,000.00 | | | |
| | 7/1/2024-9/30/2024 | 37,500.00 | | | |
| | 10/1/2024-12/31/2024 | 81,000.00 | | | |
| | 1/1/2025-3/31/2025 | 81,500.00 | 275,000.00 | Payroll | Compensation |
| Vincent Loiacono (CFO) | 4/1/2024-6/30/2024 | 62,500.00 | | | |
| | 7/1/2024-9/30/2024 | 31,250.00 | | | |
| | 10/1/2024-12/31/2024 | 68,500.00 | | | |
| | 1/1/2025-3/31/2025 | 66,916.69 | 229,166.69 | Payroll | Compensation |
| | Total | | 537,500.02 | | |

| # | | Name | Address | email |
|---|---|---|---|---|
| | | Tranche 1: 7/7/2021 | | |
| 1 | 6 | Cavalry Fund I LP Attn. T. Walsh | 61 Kinderkamack Rd, Woodcliff Lake, NJ 07677 | thomas@cavalryfund.com |
| 2 | 3 | Bigger Capital Fund LP | 11434 Glowing Sunset Lane, Las Vegas, NV 89135 | michael@district2capital.com |
| 3 | 1 | Arieh Coll | 103 Stanton Ave, Auburndale, MA 02466 | acoll@collcapital.com |
| 4 | 2 | Bern McCarty | 536 Mountain Shadow Lane, Bloomsburg, PA 17815 | bern_mccarty@hotmail.com |
| 5 | 4 | Bliss Family Trust | 710 Pradera Way, San Ramon, CA 94583 | davidybliss@gmail.com |
| 6 | 5 | Braun Family Living Trust | 69-31 171st Street, Flushing, NY 11365 | rabbi.bbraun@gmail.com |
| 7 | 7 | Charles M. Ellingburg | 6 Fern Cove, Flowood, MS 39232 | mellingburg@Ellingburglaw.com |
| 8 | 8 | Cheryl Hintzen | 30 Biltmore Estates, Phoenix, AZ 85020 | Info@PeachtreePartnersAZ.com |
| 9 | 9 | Chuck Roberts | 1300 South Venetian Way, Miami Beach, FL 33139 | chuckroberts9@gmail.com |
| 10 | 10 | David Dent | 6712 Arrowhead Pass, Edina, MN 55439 | dad1909@comcast.net |
| 11 | 11 | District 2 Capital Fund LP | 175 West Carver, Huntington, NY, 11743 | michael@district2capital.com |
| 12 | 12 | Dominic Carbonari | 1041 Deer Glen Ct, Glen Ellyn, IL 60137 | carbo2077@gmail.com |
| 13 | 14 | Firstfire Global Opportunities Fund LLC | 1040 1st Ave, Ste 190, NY, NY 10022 | eli@firstfirecap.com |
| 14 | 15 | GPL Ventures LLC | Penn Plaza, Ste 6196, NY, NY 10119 | cosmin@gplvc.com; alex@gplvc.com |
| 15 | 17 | James D. Clore | 1845 S. US Hwy 231, Crawfordsville, IN 47933 | derrick@cloreinsurance.com |
| 16 | 20 | JMK 2 Rosen Family LLC | 31000 Northwetern Hwy, #120, Farmington Hills, MI 48334 | mrosen@investmentctr.com |
| 17 | 22 | John Stanley Paulsen | 53 N Brokenfern Dr., The Woodlands, TX 77380 | jpaulsen@ineedavalve.com |
| 18 | 23 | JSS Investments GP | 8740 Ocean View Ave, Whittier, CA 90605 | sameer.sharma86@gmail.com |
| 19 | 24 | Kevin Miller | 1647 Perlich St, McLean, VA 22101 | kmiller@reingold.com |
| 20 | 25 | Maria Molinsky | 51 Lords Hwy, East Weston, CT 06883 | rmol15@aol.com |
| 21 | 29 | Olan N. Evans | 2737 Lansdowne Dr., Montogomery, AL 36111 | oneslk@aol.com |
| 22 | 30 | Peter Wu | 1930 Sunrise Highway, Unit 18, Merrick NY 11566 | pete.w12345@gmail.com |
| 23 | 31 | Richard Holt | 2002 North Blvd., Houston, TX 77098 | rholt@alvarezandmarsal.com |
| 24 | 32 | Robert F. Hannon | 17 Washington St., Mystic, CT 06355 | roberthannon62@gmail.com |
| 25 | 33 | Ronald Carli Veronica Carli | 704 Shiloh Ter, Santa Rosa, CA 95403 | carlird@yahoo.com |
| 26 | 34 | Ryan Wong | 2 Alexandria, Irvine CA 92614 | ryanwong13@gmail.com |
| 27 | 35 | Thomas W Genrich | 7201 Ranch Road 2222 Apt 2104, Austin, TX 78730 | tom.genrich@outlook.com |
| 28 | 36 | TR under Article 6 of Will of Harlan B Bliss | 710 Pradera Way, San Ramon, CA 94583 | davidybliss@gmail.com |

| 29 | 37 Tri Bridge Ventures LLC | 601 Monmouth Ave, Spring Lake, NJ 07762 | jforsythe@tribridgellc.com |
| 30 | 39 William Pullano | 7500 Mange Street, Forest Hills, NY 11375 | wepull1@gmail.com |
| 31 | 40 William Stilley | 308 Pleasant Place, Charlottesville, VA 22911 | wstilley@adialpharma.com |
| | Tranche 2: 8/13/2021 | | |
| 32 | 1 Alta Partners LLC | 29 Valentines Lane Glen Head, NY 11545 | altapartnersemail@gmail.com |
| 33 | 2 Andrew Luciano | 15 State Line Hill Rd, Norfolk Historic District, CT 06058 | andrewluciano@sbcglobal.net |
| 34 | 3 Andrew Smukler | 110 Brooks Bend, Princeton, NJ 08540 | asmukler@gmail.com |
| 35 | 4 Ardara Capital LP | 246 Brookside RdDarien, CT 06820 | patrick.mullin@ardaracap.com |
| 36 | 5 Briarcliffk LLC | 27 Briarcliff Dr, Monsey, NY 10952 | ben@briarcliffdeals.com |
| 37 | 6 David S. Nagelberg 2003 Revocable Trust | 939 Coast Blvd, Unit 21 DE, La Jolla, CA 92037 | DAVID_NAGELBERG@yahoo.com |
| 38 | 7 Dean E. Britting | 13735 E Pinnacle Dr, Wichita, KS 67230 | duane.britting@gmail.com |
| 39 | 8 Deane A. Gilliam 2017 Irrevocable Family Trus | 805 Wilmot Rd, Scarsdale, NY 10583 | raskas.ari@gmail.com |
| 40 | 9 Donald Rogers & Maria E Hoksbergen, JT | 2900 Corte Del Pozo, Santa Fe, NM 87505 | donrog1957@gmail.com |
| 41 | 10 Evergreen Capital Management LLC | 156 W Saddle River Rd, Saddle River, NJ 07458 | jpazdro@gmail.com |
| 42 | 11 Franger LLC | 350 Fifth Ave, Ste 5420, NY, NY 10118 | glovret@frangerllc.com |
| 43 | 12 Frank Grillo | 1181 Lammy Pl, Los Altos, CA 94024 | grillo_f@comcast.net |
| 44 | 13 Generation Capital Leverage LLC | 745 Old Campus Trail Atlanta GA 30328 | WSTERN@HIGHCAPUS.com |
| 45 | 14 George Abraham | 930 SE 5th Terrace, Pompano Beach, FL 33060 | 930abraham@gmail.com |
| 46 | 15 Grace Lovret | 66 Leslie Lane, Smithtown, NY 11787 | glovret@frangerllc.com |
| 47 | 16 High Capital Funding LLC | 745 Old Campus Trail Atlanta GA 30328 | WSTERN@HIGHCAPUS.com |
| 48 | 17 Horberg Enterprises LP | 289 Prospect Ave, Highland Park, IL 60035 | Thorbyen@aol.com |
| 49 | 19 Joel Yanowitz & Amy B. Metzenbaum Revocabl | 3 Stanton Way, Mill Valley, CA 94941 | jyanowitz@gmail.com |
| 50 | 20 John Bodzick | 16970 Reedmere Ave, Beverly Hills, MI 48025 | JOHNBODZICK@GMAIL.COM |
| 51 | 21 John C. Schleyer | 98 Twigkenham Dr, Richboro, PA 18954 | medref21@aol.com |
| 52 | 23 Joseph Hurwitz | 89 Spook Rock RdSuffern, NY 10901 | joe@bridgeconsolidation.com |
| 53 | 24 Joseph M. Lucosky | 6412 Utopia Dr Colts Neck, NJ 07722 | glaurino@lucbro.com |
| 54 | 25 Martin Kornblum | 17538 E Goldwin St, Southfield, MI 48075 | mkornblum@synergyhealth.org |
| 55 | 26 Michael J. Calise | 509 Esplanade, Apt. N, Redondo Beach, CA 90277 | mike.calise@gmail.com |
| 56 | 27 Porter Partners LP | 165 N Redwood Dr, STE 204, San Rafael, CA 94903 | jeffporter81@gmail.com |
| 57 | 28 Proactive Capital Partners LP | 150 E. 58th Street, 16 Floor, New York, NY 10155 | jramson@pcgadvisory.com |

| 58 | 29 | Puritan Partners LLC | 4 Puritan Rd, Rye, NY 10580 | rs@centrecourtam.com; ws@centrecourtam.com |
| 59 | 30 | Quick Capital LLC | 66 W. Flagler Street, STE 900-2292, Miami, FL 33130 | eilon@quick-cap.com |
| 60 | 31 | Richard Dyke Rogers | PO Box 128 Dalhart, TX 79022 | dykerogers@gmail.com |
| 61 | 32 | Richard W. Baskerville Living Trust | 2700 Scenic Pl, West Des Moines, IA 50265 | bluerug9@mcshi.com |
| 62 | 33 | Robert Kantor | 7 Heller Dr, Upper Montclair, NJ 07043 | rkantor@timeequities.com |
| 63 | 34 | S.C. Recovery, LLC | 745 Old Campus Trail Atlanta GA 30328 | WSTERN@HIGHCAPUS.com |
| 64 | 35 | Seth Brookman | 604 Bloomfield St, Hoboken, NJ 07030 | glaurino@lucbro.com |
| 65 | 36 | Shawn & Samantha Sosnik, JT | 6499 Enclave Way, Boca Raton, FL 33496 | SS7215@AOL.COM |
| 66 | 37 | Steven Wu | 33027 Garfinkle St, Union City, CA 94587 | steven.wu.121290@gmail.com |
| 67 | 38 | Stuart Take | 1005 Wilmeth Dr., Releigh, NC 27614 | stutake@gmail.com |
| 68 | 39 | The Nicholas & Paddi Arthur Family Trust | 5704 Abalone Pl, La Jolla, CA 92037 | narthur@landbourn.com |