**Fill in this information to identify the case:**

Debtor name _____

United States Bankruptcy Court for the: _____ District of _____
(State)

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders        12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim. If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Tek 84<br>13495 Gregg Street<br>Poway, CA 90264 | Martin Sabory<br>(619) 869-5346<br>martin.sabory@tek84.com | Trade Debt | | | | 1,725,206.50 |
| 2 | TidalWave Telecom, Inc.<br>4215 Tierra Rejada Rd.<br>Suite 172<br>Moonpark, CA. 93021 | Chris Talbert<br>(805) 402-7447<br>chris@tidalwavetelecom.com | Trade Debt | | | | 484,000.00 |
| 3 | Canon U.S.A., Inc.<br>One Canon Park<br>Melville, NY, 11747 | Michael Lane<br>(631) 330-4985<br>mlane@cusa.canon.com | Trade Debt | | | | 642,700.04 |
| 4 | Asaduz Zaman Khan<br>9024 Haywood Ave.<br>Lorton, Va 22079 | Asaduz Zaman Khan<br>(703) 554-7008<br>azamankhan68@gmail.com | Trade Debt | | | | 582,500.00 |
| 5 | Vincent Loiacono<br>2603 Spartan Road<br>Olney, MD 20832 | Vincent Loiacono<br>(703) 894-8059<br>loiacono5@msn.com | Trade Debt | | | | 205,834.00 |
| 6 | Ring Central<br>20 Davis Drive,<br>Belmont, CA 94002 | (888) 898-4591 | Trade Debt | | | | 0.00 |
| 7 | Microsoft Subscriptions<br>One Microsoft Way<br>Redmond, WA 98052 | (855) 270 0615 | Trade Debt | | | | 0.00 |
| 8 | Expensify<br>401 SW 5th Ave,<br>Portland, Oregon 97204 | 833-400-0904 | Trade Debt | | | | 0.00 |

Debtor _____    Case number *(if known)*_____
          Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | CNA Insurance  151 N. Franklin street  Floor 9  Chicago, Il 60606 | General contact  800-CNA-2000 | Trade Debt | Unliquidated | | | 0.00 |
| 10 | Paychex  911 Panorama Trail South  Rochester, NY 14625 | Adrian Linton  844-729-9247 | Trade Debt | Unliquidated | | | 0.00 |
| 11 | Anthem BCBS  2015 Staples Mill Rd  Richmond VA 23230 | 800-676-2583  804-354-7000 | Trade Debt | Unliquidated | | | 0.00 |
| 12 | Delta Dental of Virginia  4818 Starkey Road  Roanoke, VA 24018 | (540) 989-8000 | Trade Debt | Unliquidated | | | 0.00 |
| 13 | VSP  3333 Quality Drive  Rancho Cordova, Ca 95670 | 800-877-7195 | Trade Debt | Unliquidated | | | 0.00 |
| 14 | Lincoln Financial  150 North Radnor-Chester Road  Radnor, PA 19087 | 800-487-1485  CustServSupportTeam@LFG.com | Trade Debt | Unliquidated | | | 0.00 |
| 15 | Cox  PO Box 1259  Oaks, PA 19456 | 703-378-0882 | Trade Debt | Unliquidated | | | 324.59 |
| 16 | DataWatch Systems, Inc.  4520 East west Highway  STE 200  Bethseda, MD 20814 | helpdesk@datawatchsystems.com  301-280-4372 | Trade Debt | Unliquidated | | | 93.94 |
| 17 | FedEx  PO Box 371461  Pittsburgh, PA 15250-7461 | customersolutions@fedex.com  870-741-9000 | Trade Debt | Unliquidated | | | 1,201.71 |
| 18 | QuoteWerks Aspire Technologies, Inc.  4901 Vineland Road  Suite 250  Orlando, FL 32811 | 407-248-1481 | Trade Debt | Unliquidated | | | 0.00 |
| 19 | Cielo Networks Inc  3432 Wintergreen Ter  Grapevine, TX 76051-4293 | (817) 488-9473 | Trade Debt | Unliquidated | | | 1,038.75 |
| 20 | ISOLVED, INC.  11215 N Community House Rd.  STE 800  Charlotte, NC 28277-4961 | info@cielonetworks.com  817.488.9473 | Trade Debt | Unliquidated | | | 756.51 |

Official Form 204        Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims        page 2

Debtor _____    Case number (*if known*)_____
      *Name*

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 21 | Linked Systems, Inc, 1000 W Maude Avenue Sunnyvale, Ca 94043 | Solutions@LinkedSystems.com 800-757-2228 | Trade Debt | Unliquidated | | | |
| 22 | ScanSource 24263 Network Place Chicago, Il 60673-1242 | ScanSourceFinancialServices.CU@scansource.com 800-944-2439 | Trade Debt | Unliquidated | | | 2,787.87 |
| 23 | Texas Comptroller of Public Accts Franchise Tax Section P.O. Box 149348 Austin, TX 78714-9348 | 800-252-1381 | Corporate Tax | Unliquidated | | | 0.00 |
| 24 | Dept. of Tax Admin Personal Prop Tax & Business License Division 12000 Government Center Pkwy Suite 261, Fairfax, VA 22035 | 703-222-8234 | Corporate Tax | Unliquidated | | | 3,000.00 |
| 25 | Florida Dept. of Revenue Out of State Collections Unit 1415 W US Hwy 90 Ste 115, Lake City, FL 32055-6156 | 386-758-0420 | Corporate Tax | Unliquidated | | | 0.00 |
| 26 | Taxpayer Services Divsion 500 Deaderick St. Nashville, TN 37242 | 615-253-0600 | Corporate Tax | Unliquidated | | | 15.00 |
| 27 | | | | | | | |
| 28 | | | | | | | |
| 29 | | | | | | | |
| 30 | | | | | | | |
| 31 | | | | | | | |
| 32 | | | | | | | |